1  ALEXANDER G. CALFO (SBN 152891)
   *alexander.calfo@btlaw.com*
2  KELLEY S. OLAH, (SBN 245180)
   *kelley.olah@btlaw.com*
3  GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
   *gabrielle.anderson-thompson@btlaw.com*
4  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
5  Los Angeles, California  90067
   Telephone:     (310) 284-3880
6  Facsimile:     (310) 284-3894

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC.; DEPUY SYNTHES, INC.
8  (formerly known and erroneously sued as "DePuy, Inc."); JOHNSON
   & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; and
9  JOHNSON & JOHNSON INTERNATIONAL (erroneously sued as
   "Johnson & Johnson International, Inc.")
10

11                 UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14   RICHARD CANTY and BETSY CANTY | Case No.  CV-14-5407 JCS |
| 15                 Plaintiffs, | [~~PROPOSED~~] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS |
| 16             vs. | Complaint Filed:  December 10, 2014 |
| 17   DEPUY ORTHOPAEDICS, INC., An Indiana Corporation; DEPUY INC., A | |
| 18   Delaware Corporation; JOHNSON & JOHNSON, A New Jersey Corporation; | |
| 19   JOHNSON & JOHNSON SERVICES, INC., A Delaware Corporation; JOHNSON | |
| 20   & JOHNSON INTERNATIONAL, INC.; A Delaware Corporation; and DOES 1 | |
| 21   through 100, inclusive | |
| 22             Defendants. | |

23

24

25        TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

26        Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs

27   RICHARD CANTY and BETSY CANTY and Defendants DEPUY ORTHOPAEDICS, INC.;

28   DEPUY SYNTHES, INC. (formerly known and erroneously sued as "DePuy, Inc."); JOHNSON

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

[~~PROPOSED~~] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS

1    & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; and JOHNSON & JOHNSON

2    INTERNATIONAL (erroneously sued as "Johnson & Johnson International, Inc.") (hereafter

3    collectively "the Parties"); upon consideration of all documents, files, and pleadings in this

4    action; and upon good cause shown, it is hereby ORDERED that:

        1.     The Parties' request for a stay of proceedings is GRANTED;

5

        2.     All proceedings in this action are hereby stayed, pending a decision by the Judicial

6    Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy

7    Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.

8            3.     Deadlines relating to any outstanding responsive pleading are extended pending

9    entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline

10   to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order

11   Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court

12   may issue.

13

14           PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16           Dated: _January 26_ , 2015         _____

                                          UNITED STATES DISTRICT JUDGE

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS